**Order entered December 6, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01063-CV

## DOUBLE DIAMOND-DELAWARE, INC., ET AL., Appellants

## V.

## JEANETTE ALFONSO, ET AL., Appellees

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-16333**

## ORDER

Before the Court is appellants' December 5, 2018 second unopposed motion for extension of time to file their brief. We **GRANT** the motion and **ORDER** the brief be filed no later than January 18, 2019.

/s/     DAVID EVANS
        JUSTICE